**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY NELSON,<br><br>          Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TRANSUNION, LLC, AND FREEDOM MORTGAGE, CORP.,<br><br>          Defendant. | Case No. 2:18-cv-1212-APG-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Kimberly Nelson ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On July 3, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is July 26, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including August 24, 2018. This is the first

stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 25th day of July, 2018    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.Revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**KNEPPER & CLARK, LLC HAINES & KRIEGER, LLC**

*/s/ Matthew I. Knepper*
Matthew I. Knepper, Nevada Bar No. 12796
Miles N. Clark, Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
and
David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated  July 25, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**

4816-1464-8430.1

2