**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TRANSUNION, LLC, AND FREEDOM MORTGAGE, CORP.,<br><br>    Defendant. | Case No. 2:18-cv-1212-APG-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

  Plaintiff Kimberly Nelson ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's First Amended Complaint.

  On September 7, 2018, Plaintiff filed her First Amended Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is September 21, 2018. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's First Amended Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's First Amended Complaint up to and including October 5, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's First Amended Complaint. This request is being made in good faith and is not made for any purpose of undue delay.

Dated this 20th day of September, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*

Jason G. Revzin
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.Revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**KNEPPER & CLARK, LLC HAINES & KRIEGER, LLC**

*/s/ Matthew I. Knepper*

Matthew I. Knepper, Nevada Bar No. 12796
Miles N. Clark, Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
and
David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

**CASE NO. 2:18-cv-1212**
**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF KIMBERLY NELSON'S FIRST AMENDED COMPLAINT (FIRST REQUEST)**

4812-7546-6099.1

2

Dated this 20th day of September, 2018

                                       **NAYLOR & BRASTER**

*/s/ Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com
and
Katherine A. Neben
Nevada Bar No. 14590
Jones Day
3161 Michelson Drive
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
kneben@jonesday.com
***Counsel for Experian Information Solutions, Inc.***


**ZIEVE, BRODNAX & STEELE, LLP**


*/s/ Shadd A. Wade*
Shadd A. Wade
Nevada Bar No. 11310
9435 West Russell Rd, Suite 120
Las Vegas, NV 89148
Telephone: (702) 948-8565
swade@zbslaw.com
***Counsel for Freedom Mortgage***

**CASE NO. 2:18-cv-1212**
**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF KIMBERLY NELSON'S FIRST AMENDED COMPLAINT (FIRST REQUEST)**

Dated this 20th day of September, 2018

**SNELL & WILMER**

*/s/ Bradley T. Austin*
Bradley T. Austin, Esq.
Nevada Bar No. 13064
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
Email: baustin@swlaw.com
***Counsel for Defendant Equifax Information Services LLC***

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff KIMBERLY NELSON's First Amended Complaint up to and including October 5, 2018 is so ORDERED AND ADJUDGED.

Dated September 25, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**

**CASE NO. 2:18-cv-1212**
**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF KIMBERLY NELSON'S FIRST AMENDED COMPLAINT (FIRST REQUEST)**

4812-7546-6099.1

4