Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY NELSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION, LLC; and FREEDOM MORTGAGE CORP.,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01212-APG-CWH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF FREEDOM MORTGAGE CORP., WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kimberly Nelson hereby dismisses all of her claims against, Freedom Mortgage Corp., in this case with prejudice, on the merits, and without costs or disbursements to any party.

NOTICE OF VOLUNTARY DISMISSAL OF FREEDOM MORTGAGE CORP., WITH PREJUDICE - 1

IT IS SO STIPULATED.

Dated October 9, 2018.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Andrew J. Sharples* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| 10040 W. Cheyenne Ave., Suite 170-109 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, NV 89129 | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| | |
| David H. Krieger, Esq. | Katherine A. Neben, Esq. |
| Nevada Bar No. 9086 | JONES DAY |
| HAINES & KRIEGER, LLC | 3161 Michelson Drive |
| 8985 S. Eastern Avenue, Suite 350 | Irvine, CA 92612 |
| Henderson, NV 89123 | Email: kneben@jonesday.com |
| dkrieger@hainesandkrieger.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Experian Information Solutions, Inc.* |
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **ZIEVE, BRODNAX & STEELE, LLP** |
| /s/ *Jason G. Revzin* | /s/ *Shadd A. Wade* |
| Jason G. Revzin, Esq. | Shadd A. Wade, Esq. |
| Nevada Bar No. 8629 | Nevada Bar No. 11310 |
| 6385 S. Rainbow Blvd., Suite 600 | 9435 West Russell Road, Suite 120 |
| Las Vegas, NV 89118 | Las Vegas, NV 89148 |
| Email: jason.revzin@lewisbrisbois.com | Email: swade@zbslaw.com |
| | |
| *Counsel for Defendant* | *Counsel for Defendant* |
| *Trans Union LLC* | *Freedom Mortgage Corp.* |
| **SNELL & WILMER** | |
| /s/ *Bradley T. Austin* | |
| Bradley T. Austin, Esq. | |
| Nevada Bar No. 13064 | |
| Email: baustin@swlaw.com | |
| *Counsel for Defendant* | |
| *Equifax Information Services LLC* | |

NOTICE OF VOLUNTARY DISMISSAL OF FREEDOM MORTGAGE CORP., WITH PREJUDICE - 2

*Nelson v. Equifax Information Services LLC et al*
2:18-cv-01212-APG-CWH

# ORDER GRANTING

# VOLUNTARY DISMISSAL OF FREEDOM MORTGAGE CORP., WITH PREJUDICE

**IT IS SO ORDERED.**

Dated: October 9, 2018

_____
UNITED STATES DISTRICT JUDGE

NOTICE OF VOLUNTARY DISMISSAL OF FREEDOM MORTGAGE CORP., WITH PREJUDICE - 3